UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

**Claudia Arely Molina de Ramirez,**    )
                                        )
Petitioner-Plaintiff,                   )
                                        )
v.                                      )    Case No. 1:18-cv-01516
                                        )
**Jefferson Beauregard Sessions III,** in his )
official capacity as Attorney General of )
the United States, et al,               )
                                        )
Respondents-Defendants.                 )

[~~PROPOSED~~] ORDER

Upon consideration of the Motion for Extension of Time to Respond to Defendants' Motion to Dismiss, it is hereby ORDERED that the Plaintiff's Consent Motion for Extension to Respond is hereby GRANTED.

IT IS FURTHER ORDERED that Plaintiff's Reply to Defendants' Motion to Dismiss shall be filed no later than October 5, 2018.

SO ORDERED.

DATED: September 27, 2018.

_____
HONORABLE PAUL L. FRIEDMAN
United States District Judge