UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CLAUDIA ARELY MOLINA DE RAMIREZ, | )<br>)<br>)<br>) |
| Plaintiff, | ) |
| v. | ) Civil Action. No. 18-1516 (PLF) |
| WILLIAM P. BARR, et al., | ) |
| Defendants. | ) |

ORDER

For the reasons set forth in the Opinion issued this same day, it is hereby

ORDERED that defendant's motion to dismiss [Dkt. No. 13] is GRANTED; and it is

FURTHER ORDERED that this case is DISMISSED. The Clerk of the Court is directed to close this case.

This is a final appealable order. See FED. R. APP. P. 4(a).

SO ORDERED.

_____
PAUL L. FRIEDMAN
United States District Judge

DATE: September 30, 2019